THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Sylvester Singletary, Appellant.
 
 
 

Appeal From Horry County
Steven H. John, Circuit Court Judge

Unpublished Opinion No. 2009-UP-411
 Submitted September 1, 2009  Filed
September 2, 2009

APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for Appellant.  
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia; and Solicitor John G. Hembree, of Conway, for
 Respondent.
 
 
 

          PER
 CURIAM:  Sylvester
 Singletary was tried and convicted of kidnapping, first-degree burglary,
 assault and battery of a high and aggravated nature, criminal domestic violence
 of a high and aggravated nature, and resisting arrest.  Singletary appeals,
 arguing the trial court erred in admitting into evidence a recording of the
 victim's 911 call.  After a thorough
 review of the record and briefs pursuant to Anders v. California, 386
 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss[1] Singletary's appeal and grant counsel's petition to be relieved.  
APPEAL
 DISMISSED.
HUFF, THOMAS, and PIEPER, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.